UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HORACIO LINARES,<br><br>Defendant. | Case No. 1:15-cr-00022-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Horacio Linares's motion for an attorney. (Dkt. 579). For the reasons that follow, the Court will deny the motion.

## ANALYSIS

Mr. Linares seeks appointment of counsel to assist him with filing a motion pursuant to 18 U.S.C. § 3624(c)(2) and the CARES Act, H.R. 748 116th Cong. 2020.

There is no constitutional right to appointed counsel in post-conviction proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("The right to appointed counsel extends to the first appeal of right, and no further."). Instead, the decision whether to appoint counsel in post-conviction proceedings rests with the

**MEMORANDUM DECISION AND ORDER - 1**

discretion of the district court. *United States v. Harrington*, 410 F.3d 598, 600 (9th Cir. 2005).

Linares's motion is articulate and legible. Further, he has enough understanding of compassionate release to explain factors that may warrant release. The Court sees no special circumstances in the record that may warrant the appointment of counsel. Therefore, the Court will deny Linares's motion.

## ORDER

**IT IS ORDERED** that Defendant's Motion for an Attorney (Dkt. 579) is **DENIED**.

DATED: September 28, 2021

B. Lynn Winmill
U.S. District Court Judge